**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6765**

---

JACK RAY VIGUE,

          Plaintiff - Appellant,

  versus

JOHN B. TAYLOR; H. PONTON, Assistant Warden,
Operations; MICHAEL A. SHUPE; ANITA KELLY;
CORPORAL ZUMBRO; MR. CLARK; LARRY D. HUFFMAN;
E. C. MORRIS; JAMES E. BRIGGS,

          Defendants - Appellees,

  and

BOBBY W. SOLES; MAJOR JONES; CAPTAIN BARKS-
DALE; LIEUTENANT COTRELL; MR. BROWN; LIEU-
TENANT ROBERT WILSON; SERGEANT SMITH,

          Defendants.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-95-84-R)

---

Submitted: October 17, 1996    Decided: October 24, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Jack Ray Vigue, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. With respect to Appellant's claims of denial of access to the courts, we note that Appellant failed to show prejudice to his litigation sufficient to survive summary judgment. Strickler v. Waters, 989 F.2d 1375, 1383, (4th Cir.), cert. denied, 510 U.S. 949 (1993); White v. White, 886 F.2d 721 (4th Cir. 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2